KENNETH S. GAINES, ESQ. SBN 049045
ken@gaineslawfirm.com
DANIEL F. GAINES, ESQ. SBN 251488
daniel@gaineslawfirm.com
ALEX P. KATOFSKY, ESQ. SBN 202754
alex@gaineslawfirm.com
**GAINES & GAINES, APLC**
21550 Oxnard Street, Suite 980
Woodland Hills, CA 91367
Telephone: (818) 703-8985
Facsimile: (818) 703-8984

Attorneys for Plaintiff Sean Skuro
and Proposed Class Counsel

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SEAN SKURO, on behalf of himself and all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware limited liability company, ATX Group, Inc., a Texas corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: CV 10-8672-GW (FFMx)<br><br>**DECLARATION OF KENNETH S. GAINES IN SUPPORT OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**DATE: February 23, 2012<br>TIME: 8:30 A.M.<br>COURTROOM: 10<br>JUDGE: Hon. George H. Wu** |

I, KENNETH S. GAINES, hereby declare and state as follows:

1. I am an attorney duly admitted to the practice of law in the State of California. I am a partner/shareholder of Gaines & Gaines, APLC, co-counsel for Plaintiff Sean Skuro and proposed Class Counsel in this action. I have personal knowledge of the facts set forth herein and if called as a witness to testify to them, could and would do so competently.

**Experience of Class Counsel:**

2. I obtained my BS degree from UCLA in 1966, where I majored in Business. Subsequently, I earned my JD degree from Hastings College of Law in 1970. I graduated near the top of my class at Hastings, and was a member of the editorial board of the Hastings Law Journal.

3. I have been admitted to the bar of the State of California since 1971 and have represented clients in state and federal courts in California for nearly four decades. My practice has always emphasized litigation, with a focus on business matters and complex real estate disputes. I have significant arbitration experience and have tried dozens of cases to judgment. I also have appellate experience.

4. I have significant teaching experience. I taught real property and trusts law at Mid-Valley College of Law. I am very proud that a sizeable number of my students are now members of the Bar. In recognition of my teaching, I won the Distinguished Faculty Award. In recent years, I have taught a Business Law course at Pierce College.

5. My firm has represented employees and consumers in complex class action litigation such as the instant action. We have significant experience litigating these types of cases. My firm has participated, as lead counsel and co-lead counsel, in more than 45 class action matters, including the following (in which we were certified as Class Counsel):

    a. *Williams v. Closet World*
        Los Angeles County Superior Court Case No. BC400178

DECLARATION OF KENNETH S. GAINES IN SUPPORT OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

b. *Flores v. Cintas Corporation, et. al.*

    Los Angeles County Superior Court Case No. BC400422

c. *Cortellessa v. Dotnext, Inc.*

    Alameda County Superior Court Case No. RG09429971

d. *Adams v. Newell Rubbermaid, et. al.*

    USDC-CD Case No. EDCV 08-1499 JTM (CTx)

e. *Dorsette v. TA Operating, LLC*

    USDC-CD Case No. EDCV 09-1350 PA (RZx)

f. *Gomez v. Pizza Hut of Southeast Kansas, Inc.*

    San Bernardino Cty Superior Court Case No.CIVVS900679

g. *Burgess, et. al. v. Strategic Retail Solutions, LLC*

    Los Angeles County Superior Court Case No. BC413791

h. *Tigas v. Ajilon Communications*

    Los Angeles County Superior Court Case No. BC409737

i. *Schrader, et. al. v. Adidas Promotional Retail Operations, Inc.*

    Los Angeles County Superior Court Case No. BC414168

j. *Batmanghelich v. Sirius XM Radio, Inc.*

    USDC-CD Case No. CDCV09-9190 VBF

I declare, under penalty of perjury, under the laws of the State of California that the foregoing is true and correct.

Executed on this 24th day of January 2012 at Woodland Hills, California.

                                                   /s/ Kenneth S. Gaines
                                                   KENNETH S. GAINES

DECLARATION OF KENNETH S. GAINES IN SUPPORT OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT