KENNETH S. GAINES, ESQ. SBN 049045
ken@gaineslawfirm.com
DANIEL F. GAINES, ESQ. SBN 251488
daniel@gaineslawfirm.com
ALEX P. KATOFSKY, ESQ. SBN 202754
alex@gaineslawfirm.com
**GAINES & GAINES, APLC**
21550 Oxnard Street, Suite 980
Woodland Hills, CA 91367
Telephone: (818) 703-8985
Facsimile: (818) 703-8984

Attorneys for Plaintiff Sean Skuro
and Proposed Class Counsel

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SEAN SKURO, on behalf of himself and all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware limited liability company, ATX Group, Inc., a Texas corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: CV 10-8672-GW (FFMx)<br><br>**DECLARATION OF ALEX P. KATOFSKY IN SUPPORT OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**DATE: February 23, 2012**<br>**TIME: 8:30 A.M.**<br>**COURTROOM: 10**<br>**JUDGE: Hon. George H. Wu** |

I, ALEX P. KATOFSKY, declare as follows:

1. I am an attorney duly admitted to the practice of law in the State of California. I am an associate of Gaines & Gaines, APLC, co-counsel for Plaintiff Sean Skuro and Class Counsel in this action. I have personal knowledge of the facts set forth herein and if called as a witness to testify to them, could and would do so competently.

2. I obtained my BA degree from the California State University Northridge in 1993. I majored in Political Science.

3. Thereafter, I attended the University of the Pacific McGeorge School of Law. At McGeorge, I was a member of the Governing Board of Community Legal Services and was a student teacher of Appellate Advocacy. I also earned the American Jurisprudence Award in Insurance Law. I earned my JD and became a member of the California Bar in 1999.

4. Since my admission to the Bar in 1999, I have devoted my practice to a wide variety of matters, including business disputes, real estate litigation, wage and hour class action and consumer class action matters. I have substantial involvement in complex litigation like the instant case, and have worked on more than thirty class action cases with Gaines & Gaines. Currently, over 75% of my practice is devoted to complex litigation similar to the instant action.

I declare, under penalty of perjury, under the laws of the State of California that the foregoing is true and correct.

Executed on this 24th day of January 2012 at Woodland Hills, California.

/s/ Alex P. Katofsky
ALEX P. KATOFSKY

DECLARATION OF ALEX P. KATOFSKY IN SUPPORT OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT