1  KENNETH S. GAINES, ESQ. SBN 049045
   ken@gaineslawfirm.com
2  DANIEL F. GAINES, ESQ. SBN 251488
   daniel@gaineslawfirm.com
3  ALEX P. KATOFSKY, ESQ. SBN 202754
   alex@gaineslawfirm.com
4  **GAINES & GAINES, APLC**
   21550 Oxnard Street, Suite 980
5  Woodland Hills, CA 91367
   Telephone: (818) 703-8985
6  Facsimile:  (818) 703-8984

7  Attorneys for Plaintiff Sean Skuro
   and Proposed Class Counsel

8

   **UNITED STATES DISTRICT COURT**

   **CENTRAL DISTRICT OF CALIFORNIA**

   **WESTERN DIVISION**

| | |
|---|---|
| SEAN SKURO, on behalf of himself and all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware limited liability company, ATX Group, Inc., a Texas corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: CV 10-8672-GW (FFMx)<br><br>**NOTICE OF LODGING FULLY EXECUTED SETTLEMENT AGREEMENT AND RELEASE**<br><br>**DATE: February 23, 2012**<br>**TIME: 8:30 A.M.**<br>**COURTROOM: 10**<br>**JUDGE: Hon. George H. Wu** |

1  NOTICE IS HEREBY GIVEN that Plaintiff is lodging the fully executed
2  Settlement Agreement and Release, attached hereto as Exhibit "A."
3  This document is the fully executed version of the Settlement Agreement and
4  Release attached as Exhibit "A" to the Declaration of Daniel F. Gaines in Support of
5  Unopposed Motion for Preliminary Approval of Class Action Settlement (Docket No.
6  44-1).

8  Dated: January 25, 2012                    Respectfully Submitted,

                                              GAINES & GAINES, APLC


                                              By:    /s/
                                                     Kenneth S. Gaines, Esq.
                                                     Daniel F. Gaines, Esq.
                                                     Alex P. Katofsky, Esq.
                                                     Attorneys for Plaintiff Sean Skuro and
                                                     Proposed Class Counsel