1

2

JS-6

3

4

5

6

7

8

## UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

10

11

SEAN SKURO, on behalf of himself
and all others similarly situated, and on
behalf of the general public,

12

13

Plaintiffs,

14

v.

15

BMW OF NORTH AMERICA, LLC,
A Delaware Limited Liability
Company, ATX GROUP, INC., A
Texas Corporation, and DOES 1
through 50, inclusive,

16

17

18

19

Defendants.

CASE NO.:  CV 10-8672-GW (FFMx)

**FINAL ORDER APPROVING CLASS
ACTION SETTLEMENT AND
JUDGMENT**

**DATE:**  August 27, 2012
**TIME:**   8:30 A.M.
**COURTROOM:**  10
**JUDGE:**  Hon. George H. Wu

20

21

22

23

24

25

26

27

28

FINAL ORDER APPROVING CLASS ACTION SETTLEMENT AND JUDGMENT

1    The Court conducted a hearing regarding the fairness and final approval of

2  the Settlement Agreement and Release and Plaintiff's Unopposed Application for

3  Approval of Attorneys' Fees and Costs and Class Representative's Service Payment

4  on August 27, 2012, at 8:30 a.m., the Honorable George H. Wu presiding.

5    The parties appeared by and through their respective counsel of record.

6    After considering the papers and the arguments of counsel, as well as any

7  papers filed by objectors, and good cause appearing, the Court GRANTS Plaintiff's

8  Motion for Final Approval, and Plaintiff's Unopposed Application for Approval of

9  Attorneys' Fees and Costs and Class Representative's Service Payment, and rules

10  as follows.

11    IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

12    1.    The Settlement Agreement and Release (hereafter, the "Settlement

13  Agreement") and all definitions set forth therein are hereby incorporated with and

14  made part of this Final Order Approving Class Action Settlement and Judgment

15  ("Final Order and Judgment").

16    2.    This Court has jurisdiction over the subject matter of this Action and

17  all parties to this Action, including the settlement Class Members, as defined in the

18  Settlement Agreement.  Specifically, the members of the Class that are subject to

19  this Final Order and Judgment are individuals who connected to BMW Assist

20  between October 13, 2009 and February 1, 2011 through BMW Assist subscription

21  accounts with California billing addresses.

22    3.    The Settlement Agreement previously filed in this action, and the

23  terms set forth therein, are hereby found and determined to be fair, reasonable, and

24  adequate, and are hereby approved and ordered to be performed by all parties.

25    4.    The Court finds that the form, manner and content of the Class Notice,

26  including the amendments thereto as directed and approved by the Court, provided

27  a means of notice reasonably calculated to apprise the Class Members of the

28  pendency of the action and the proposed settlement, and thereby met the

1

requirements of Rule 23(c)(2) of the Federal Rules of Civil Procedure, as well as due process under the United States Constitution and any other applicable law, and constituted due and sufficient notice to all Class Members entitled thereto. Specifically, individual notice was provided to all potential Class Members by sending such notice by regular mail to all such persons.

5.      This Final Order and Judgment applies to all claims or causes of action settled under the terms of the Settlement Agreement and in the Release contained therein, and shall be fully binding with respect to all Class Members who did not properly request exclusion pursuant to the Order Granting Preliminary Approval of Class Action Settlement entered by this Court on March 12, 2012.

6.      Representative Plaintiff Sean Skuro and all Class Members who did not properly request exclusion are barred and permanently enjoined from asserting, instituting, or prosecuting, either directly or indirectly, any claims released under the Settlement Agreement which they had, or have, to the extent provided in the Settlement Agreement.  All claims of Representative Plaintiff and all Class Members shall be conclusively deemed released and discharged as to BMW of North America, LLC and Agero Connected Services, Inc., and their related entities, to the extent provided in the Settlement Agreement.

7.      The Claims Administrator shall conduct all administration of the settlement required by the Settlement Agreement, including disbursing the Non-Reversionary Fund to Class Members who have submitted valid and timely claim forms, and any remaining funds to Big Brother/Big Sister of America, as described in the Settlement Agreement.

8.      If they have not already done so, Defendants shall wire Three Hundred Thousand Dollars ($300,000) to the Claims Administrator to fund the Non-Reversionary Fund within the time period specified in the Settlement Agreement. The Claims Administrator shall issue the appropriate individual settlement payment to each Class Members who has submitted and valid and timely claim within the

2

1  time periods specified in the Settlement Agreement.

2      9.      All claims asserted by Representative Plaintiff and the Class Members

3  in this Action are hereby dismissed with prejudice.

4      10.      The Court finds that Class Counsel are qualified to represent the

5  settlement Class.  The Court hereby grants Class Counsel's request for an award of

6  attorneys' fees and costs in the amount of $564,922.03, to be paid by Defendants to

7  Class Counsel within the time periods specified in the Settlement Agreement.  The

8  Court finds that the amount of this award is fair and reasonable in light of the

9  efforts expended by Class Counsel in prosecuting this Action and the results

10  obtained.

11      11.      The Court finds that it is appropriate for the Class Representative to be

12  paid a one-time payment of Five Thousand Dollars ($5,000), which amount

13  represents his compensation for instituting, prosecuting and bearing the laboring

14  oar and risk of this litigation as Class Representative.  This payment shall be paid

15  by Defendants to the Class Representative within the time periods specified in the

16  Settlement Agreement.

17      12.  Without affecting the finality of this Final Order and Judgment in any

18  way, the Court hereby retains continuing jurisdiction over the parties for the

19  purpose of construing, enforcing and administering this Final Order and Judgment,

20  and the terms of the Settlement Agreement.

21

22  **IT IS SO ORDERED.**

23

24  Dated:  August 28, 2012

25  _____

    GEORGE H. WU, U.S. District Judge

26

27

28

3